UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In The Matter Of: | In Bankruptcy: |
| LEONARD EDWARD SMITH | Case No. 15-53583-WSD<br>Chapter 7<br>Hon. WALTER SHAPERO |
| Debtor(s) | |

_____/

## NOTIFICATION OF ASSET CASE

To the Clerk of the United States Bankruptcy Court:

    Assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

    Respectfully Submitted,

/s/ Gene R. Kohut
17000 Kercheval Avenue, Suite 210
Grosse Pointe, MI 48230
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 05/25/2016