UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Leonard Edward Smith

    Debtor.
_____/

Case No.: 15-53583-wsd
Chapter 7
Hon. Walter Shapero

# ORDER DENYING MOTION FOR RELIEF FROM STAY

For the reasons set for in the Opinion Denying Motion For Relief From Stay, entered on this date, the Kelley and Michael Baetens' motion is denied.

It is so ordered.

**Signed on September 07, 2016**

            **/s/ Walter Shapero**
      **Walter Shapero**
      **United States Bankruptcy Judge**

1